UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| JORDYN COX, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil No. 3:22-cv-00046-GFVT |
| | ) |
| v. | ) |
| | ) **ORDER** |
| RELIANT REHABILITATION | ) |
| HOLDINGS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

*** *** *** ***

This matter is before the Court on the Plaintiffs' Unopposed Notice of Voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). [R. 40.] The parties being in agreement, and the Court being sufficiently advised, it is hereby **ORDERED** that all claims by Plaintiffs against Defendant Thomas Scott in this matter shall be, and hereby are, **DISMISSED WITH PREJUDICE**, with each party to pay its own costs and fees.

This the 19th day of December, 2022.

Gregory F. Van Tatenhove
United States District Judge